IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS BASKERVILLE, | : | |
| Plaintiff, | : | 1:15-cv-0209 |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DOMINICK DEROSE, | : | |
| *et al.*, | : | |
| Defendants. | : | |

# ORDER

### March 8, 2016

Upon consideration of Defendants' motions (Docs. 18, 20) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons stated in the Court's memorandum of the same date, IT IS HEREBY ORDERED THAT:

1. The motion (Doc. 20) to dismiss filed on behalf of Defendants Dauphin County Prison and Warden DeRose is GRANTED and Plaintiff's complaint against these Defendants is DISMISSED with prejudice.

2. The motion (Doc. 18) to dismiss filed on behalf of Defendant Young is GRANTED and the complaint against Defendant Young is DISMISSED without prejudice.

3. If Plaintiff can correct the deficiencies of his complaint against Defendant Young, he may FILE a motion to reopen this matter on or before March 15, 2016.  Said motion shall be accompanied by a proposed amended complaint.

4. Any proposed amended complaint shall contain the same case number that is already assigned to this action (1:15-cv-0209) and shall be

   direct, concise, and shall stand alone without reference to any other document filed in this matter.  *See* FED. R. CIV. P. 8(e).

5.  The Clerk of Court is directed to CLOSE this case.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge